Brooklyn Trust Company, Trustee under a Deed of Trust Dated March 30, 1936, Appellant, v. Realty Associates, Inc., Respondent, and Others, Defend-

ants.— Order confirming the report of an official referee denying plaintiff's application for a deficiency judgment unanimously affirmed, with costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.